**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lucas SANCHEZ–AGUAYO, a.k.a. Joe Tampia, Defendant–Appellant.**

No. 11–13449
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 30, 2012.

Judy K. Hunt, Donald L. Hansen, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Lucas Sanchez–Aguayo, CI Eden–Inmate Legal Mail, Eden, TX, for Defendant–Appellant.

---

Before TJOFLAT, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Howard C. Anderson, appointed counsel for Lucas Sanchez–Aguayo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sanchez–Aguayo's conviction and sentence are **AFFIRMED.**